## E. M. BOND v. STATE.

No. A-2806.    Opinion Filed January 15, 1919.

(177 Pac. 379.)

**KEEPING PLACE FOR SALE OF INTOXICATING LIQUORS.** Syllabus the same as in No. A-2331, **Proctor v. State,** 15 Okla. Cr. 338, 176 Pac. 771.

*Appeal from District Court, Garfield County;*
*James B. Cullison, Judge.*

E. M. Bond was convicted of keeping a place for the sale of intoxicating liquors, and appeals. Reversed.

*H. J. Sturgis,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

GALBRAITH, Special Judge. The plaintiff in error was convicted of keeping a place with the intention and for the purpose of selling intoxicating liquors, and was sentenced to be confined in the county jail of Garfield county for a period of 30 days and to pay a fine of $50, under section 4, c. 26, Sess. Laws 1913.

This case involves the same issues as the case of *Proctor v. State,* ante, p. 338, 176 Pac. 771, decided this term, and is controlled thereby. For the reasons set out in that opinion, judgment appealed from is reversed.

DOYLE, P. J., and ARMSTRONG, J., concur.